JOHN ALBRECHT, ESQ.
General Counsel
Nevada Bar No. 4504
7000 Dandini Blvd., RDMT 211E
Reno, Nevada 89512
Phone: (775) 673-7261
Fax:    (775) 673-8238
Email: jalbrecht@tmcc.edu
*Attorney for the Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL ROMERO, | CASE NO.: 3:15-cv-00352-MMD-VPC |
| Plaintiff, | |
| vs. | |
| NEVADA SYSTEM OF HIGHER EDUCATION, dba Truckee Meadows Community College and WARREN HEJNY, Individually and in his official capacity, | |
| Defendants. | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

Plaintiff Paul Romero, by his attorney, Michael Mascarello, of The Bach Law Firm, LLC and Defendants Nevada System of Higher Education dba Truckee Meadows Community College and Warren Hejny, individually and in his official capacity, by their attorney John Albrecht, Truckee Meadows Community College General Counsel, stipulate to the dismissal of the second amended complaint with prejudice.

/ / /

/ / /

/ / /

DATED this ___ day of February, 2016.

_____
The Bach Law Firm, LLC
Jason J. Bach
Michael Mascarello
Attorneys for Plaintiff Paul Romero

DATED this ___ day of February, 2016.

_____
John Albrecht
Attorney for the Defendants Nevada System of Higher Education dba Truckee Meadows Community College and Warren Hejny, individual and in his official capacity

ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 17, 2016